# CASES

DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

DURING THE YEAR 1913.

Theodore G. Warden, Plaintiff in Error, v. Thomas
McInerney, Defendant in Error.

Gen. No. 18,297. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. THOMAS F.
SCULLY, Judge, presiding. Heard in the Branch Appellate Court at
the March term, 1912. Reversed and remanded. Opinion filed De-
cember 31, 1913.

## Statement of the Case.

Action by Theodore G. Warden against Thomas Mc-
Inerney to recover for damages to plaintiff's auto-
mobile claimed to have been caused by a horse belong-
ing to defendant which had run away because it was
negligently left in Washington Park without being
securely fastened, as required by the ordinances of the
city of Chicago and of the South Park Commissioners.
The case was tried by the court without a jury. From
a judgment in favor of the defendant, plaintiff brings
error.

ELBERT C. FERGUSON, for plaintiff in error.

THOMAS J. HEALY and DANIEL M. HEALY, for defend-
ant in error.

(427)

428    APPELLATE COURTS OF ILLINOIS.

Illinois Malleable Iron Co. v. Chicago City Ry. Co., 184 Ill. App. 428.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

## Abstract of the Decision.

1.  APPEAL AND ERROR, § 181*—*when court's refusal to mark propositions of law reversible error.* Arbitrary refusal of a judge of the Municipal Court to mark proper propositions of law either "held" or "refused" when presented in time is reversible error.

2.  TRIAL, § 297*—*propositions of law.* A proposition of law announcing that proof of the violation of an ordinance resulting in an injury establishes a *prima facie* case of negligence on the part of the one violating it, *held* to announce a correct rule of law applicable to the case.

---

## Illinois Malleable Iron Company, Plaintiff in Error, v. Chicago City Railway Company, Defendant in Error.

### Gen. No. 18,314.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed December 31, 1913.

### Statement of the Case.

Action by Illinois Malleable Iron Company, a corporation, against Chicago City Railway Company, a corporation, to recover for damages to a wagon owned by plaintiff and struck by one of defendant's street cars, when plaintiff's teamster attempted to drive the wagon across the tracks in front of the car at other

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.